772

473 P.2d 911

EVCO, a New Mexico Corporation, d/b/a Evco Instructional Designs, Respondent,

v.

Franklin JONES, Commissioner of the Bureau of Revenue of the State of New Mexico and the Bureau of Revenue of the State of New Mexico, Petitioners.

No. 9096.

Supreme Court of New Mexico.

July 31, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 430, 81 N.M. 724, 472 P.2d 987, be and the same is hereby returned to the Clerk of the Court of Appeals.

473 P.2d 911

Robert J. BOYD, Petitioner,

v.

Charles D. CLEVELAND, Respondent.

No. 9100.

Supreme Court of New Mexico.

Aug. 4, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 468, 81 N.M. 732, 472 P.2d 995, be and the same is hereby returned to the Clerk of the Court of Appeals.

473 P.2d 911

CITY OF HOBBS, Respondent,

v.

Loarn Anthony BISWELL, Relator.

No. 9109.

Supreme Court of New Mexico.

Aug. 20, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 405, 81 N.M. 778, 473 P.2d 917, be and the same is hereby returned to the Clerk of the Court of Appeals.